FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 MAY 19 PM 3:00

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CYRUS CORNELIUS FUDGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV410-102 |
| ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF GEORGIA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _19_ day of _May_, 2010.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA